IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

ERMA JEAN TRAMMELL,
ADC #702638                                                                                           PLAINTIFF

1:04CV00057SWW/HLJ

LINDA DIXON, et al.                                                                                  DEFENDANTS

## ORDER

Proposed Findings and Recommendations issued by this Court on January 28, 2008 were submitted to United States District Judge Susan Webber Wright in error, and should be considered a Memorandum and Order issued by the Undersigned. By order dated November 23, 2004, this case was transferred to the Undersigned by the Consent of the Parties (DE #35).

In accordance with the January 28, 2008 Memorandum and Order, plaintiff's complaint against defendants is hereby DISMISSED with prejudice.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 1st day of February, 2008.

*Henry L. Jones, Jr.*
United States Magistrate Judge