IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

ERMA JEAN TRAMMELL,
ADC #702638                                                                                          PLAINTIFF

1:04CV00057SWW/HLJ

LINDA DIXON, et al.                                                                                  DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date (and the January 28, 2008 Memorandum and Order), it is hereby Considered, Ordered, and Adjudged that this case be, and it is hereby DISMISSED with prejudice. The relief sought is denied.

IT IS SO ADJUDGED this 1st day of February, 2008.

_____
United States Magistrate Judge